IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60606
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

JOSEPH F. ROBINSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Mississippi
(1:96-CR-037-D-D)
_____

June 12, 1997

Before KING, JOLLY, and STEWART, Circuit Judges.

PER CURIAM:*

Joseph F. Robinson appeals his convictions, following a nonjury trial, for operating a motor vehicle under the influence of alcohol on the Natchez Trace Parkway (in violation of 36 C.F.R. § 4.23(a)), operating a motor vehicle on the Parkway with a suspended license (in violation of 36 C.F.R. § 4.2 and Miss. Code Ann. § 63-1-57), and having an open container of alcoholic beverage in a motor vehicle on the Parkway (in violation of 36 C.F.R. § 4.14(b)). We have reviewed the arguments and the record

_____

* Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

and find no reversible error as to Robinson's claim that the evidence was insufficient to support his convictions. United States v. El-Zoubi, 993 F.2d 442, 445 (5th Cir. 1993); United States v. Ybarra, 70 F.3d 362, 364 (5th Cir. 1995), cert. denied, 116 S. Ct. 1582 (1996). Robinson's claims that the arresting park ranger failed to advise him of his right to make a telephone call after his arrest, in compliance with Mississippi statutes, and that the park ranger interfered with his right to an attorney on the night of his arrest, are meritless. See Kirby v. Illinois, 406 U.S. 682, 683, 688 (1972). AFFIRMED.